## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | **Criminal No. 12-616-1** |
| **THOMAS MOOTY** | : | |

## O R D E R

AND NOW, this 17th day of January, 2014, upon consideration of the Motion of Thomas Mooty to Join Motions of Other Defendants (Doc. No. 169), Defendant specifically, seeking to join the previously filed Motion in Limine for Order on Government To Give Timely Written Notice Of Intention To Present Rule 404(b) Evidence (Document 158) and Motion For Early Disclosure of Material Under 18 U.S.C. Section 3500(b)(Document 159) it is hereby **ORDERED** that the Motion (Doc. No. 169) is **GRANTED** as stated orally at a hearing on October 1, 2013. The Court also notes that the specific motions defendant sought to join (Doc. No. 158 and 159) were denied by separate orders dated December 4, 2013.

BY THE COURT

 /s/ Gene E.K. Pratter
GENE E. K. PRATTER
United States District Judge