Mr. Thomas Mooty
Reg. No. #69022-066
FMC DEVENS, P.O. Box 879
Ayer, MA. 01432

August 28, 2020

Honorable Judge Gene E.K. Pratter
United States District Court
Eastern District of PA.
601 Market Street
Philadelphia, PA. 19106

RE: United States v. Thomas Mooty
Criminal Action No. #12-616-01

Dear Honorable Judge Pratter:

I'm respectfully writing your Honorable Court, requesting your help and Mercy with respect to Assistant United States Attorney Bernadette McKeon, Government Response in opposition to Defendant's Motion Under 28 U.S.C. §2255. Honorable Judge Pratter, I respectfully express due to the extremely unfortunate circumstances surrounding "Corona Virus COVI19" pandemic I have been unable to communicate with a paralegal, Lawyer and/or anyone to assist me (relating to my section 2255 Motion because of the F.B.O.P. restriction policies (multiple quarantines). Due to policies implemented related to Inmate safety and stopping the spread of COVID-19 I'm at a severe disadvantage. Restriction policies does not allow me access to the Law Library but one time weekly for 1 hour and due the stipulation of Social Distancing Restriction and Regulations only 15 Inmate are allowed Law Library participation at a time. I'm currently housed in a dormitory setting where there (#136 Inmates) and if a Inmate participates in Law Library program one week and there is a Inmate who did not have the benefit of using the Law Library then the inmates who went the week before is subject to removal. I humbly ask the Court to recognize this correspondence as a "Letter Motion" asking the Honorable Court Mercy to appoint Attorney to assist me in filing. As the filing papers were sent to me by Philadelpia Public Defender

office. I was instructed to fill out the documentation to ensure to preserve my Right to Appeal in a timely manner. I now ask and seek help to Amend "Placeholder" Motion.

I respectfully request when this Honorable Court send any Legal Correspondence that it hereby ordered that it is open in front of Inmate.

As FMC DEVENS removes all mail from original mail envelope makes copies of documentation and mailing envelope and forwards to inmate without postage Dates and/or name of Sender. I receive this correspondence on and/or about ~~today~~ Sometime in August ~~a.d.~~ 2020. I do not know the date and/or time the Government Response was originally sent and/or the expected Deadline to respond.

I pray that your Honorable Court accepts my plea for the needed assistance requested above.

Respectfully Submitted

Thomas Mooty
Thomas Mooty #69022-066

Legal Mail

Thomas Hooty #69022-066
Federal Medical Center Devens
P.O. Box 879
Ayer, MA. 01432

U.S.M.S.
X-RAY

Honorable Judge Gene E.K. Pratter
U.S. District Court
Eastern District of PA.
601 Market Street
Philadelphia, PA. 19106.

BOSTON MA 021
04 SEP 2020 PM 3 L

19106-179599

Legal Mail

RECEIVED
SEP 0 4 2001
By

DATE:
THE ENCLOSED LETTER WAS PROCESSED THROUGH
SPECIAL MAILING PROCEDURES FORWARDING TO
YOU. THE LETTER HAS NEITHER BEEN OPENED NOR
INSPECTED. IF THE WRITER RAISES A QUESTION OR
PROBLEM OVER WHICH THIS FACILITY HAS
JURISDICTION, YOU MAY WISH TO RETURN THE
MATERIAL FOR FURTHER INFORMATION OR CLARIFICATION.
IF THE WRITER ENCLOSES CORRESPONDENCE FOR
FORWARDING TO ANOTHER ADDRESSEE, PLEASE
RETURN THE ENCLOSURE TO:
DEVENS FEDERAL MEDICAL CENTER
P.O. BOX 880
AYER, MA. 01432