IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| THOMAS MOOTY | : | No. 12-616-01 |

### ORDER

AND NOW, this 8th day of December, 2020, upon consideration of Thomas Mooty's *pro se* Motion to Vacate/Set Aside/Correct His Sentence pursuant to 28 U.S.C. § 2255 (Doc. No. 740), the Government's Response in Opposition (Doc. No. 744), and Mr. Mooty's Motion for the Appointment of Counsel (Doc. No. 746), and for the reasons discussed in the accompanying Memorandum, it is hereby **ORDERED** that:

1. Mr. Mooty's motion to vacate, set aside, or correct his sentence under § 2255 is **DENIED**;
2. No probable cause exists to issue a certificate of appealability; and
3. Mr. Mooty's motion for appointment of counsel is **DENIED**.

BY THE COURT:

*/s/ Gene E.K. Pratter*
**GENE E.K. PRATTER**
**United States District Judge**